**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **JOHN DILLARD, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **2:87-CV-1274-MHT** |
| **PICKENS COUNTY BOARD** | ) | |
| **OF EDUCATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>ORDER</u>**

Upon consideration of the joint motion to show cause (Doc. No. 2), it is
ORDERED that the defendant show cause, if any there be, in writing by April 25, 2007,
as to why said motion should not be granted as requested.

DONE this 28th day of February, 2007.

_____
**UNITED STATES DISTRICT JUDGE**